(December 23, 2015)

■ LaSalle Bank, N.A., as Custodian for Wells Fargo Bank, N.A., Trustee for the Registered Holders of GS Mortgage Securities Corporation II, Commercial Mortgage Pass-Through Certificates, Series 2005-GG4, Respondent, v Seneca One Realty LLC, et al., Defendants. Phillips Lytle LLP, Proposed Intervenor-Appellant. [20 NYS3d 924]—Appeal from an

order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered June 16, 2014. The order denied the motion of Phillips Lytle LLP for leave to intervene in this action.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 16, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.